# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

KENNETH MITCHELL LOGAN,

    Plaintiff,

v.

WARE COUNTY JAIL and WARE
COUNTY JAIL MEDICAL DEPARTMENT,

    Defendants.

CIVIL ACTION NO.: CV510-106

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff details the nature of his multiple medical problems that he alleges were caused by the medical department at Ware County Jail. Plaintiff states that "people" at the Ware County Jail cancelled his medical appointments, but does not name any individuals. Plaintiff has failed to name specific defendants in his Complaint or his Objections. As noted in the Magistrate Judge's Report, penal institutions are not considered legal entities subject to suit, and Plaintiff cannot maintain an action against "Ware County Jail" or "Ware County Jail Medical Department."

Plaintiff's Objections are without merit and are **OVERRULED**. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice.

**SO ORDERED**, this 18th day of January, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)